UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14383-CIV-COHN

Magistrate Judge White

TREMAINE TIMOTHY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING ACTION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 7] of Magistrate Judge Patrick A. White. The Court notes that the Movant, Tremaine Timothy, has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on November 28, 2011.

Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises. This Court agrees with the conclusion of the Magistrate Judge that the instant case is a successive § 2255 petition. The prior action was assigned Case No. 07-14017-Civ-Cohn. Movant has failed to obtain permission from the United States Court of Appeals for the Eleventh Circuit for authorization pursuant to 28 U.S.C. § 2244(b)(3)(A).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 7] is hereby **ADOPTED**;

2. This action is hereby **DISMISSED**;

3. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of November, 2011.

_____
JAMES I. COHN
United States District Judge

copies to: Tremaine Timothy, pro se (via CM/ECF U.S. mail)